# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

LUISA AVILES, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

   vs.

MCCARTHY, BURGESS & WOLFF, INC. and
HSN, INC. d/b/a HOME SHOPPING NETWORK

        Defendants.

)
)
)  Case No.: 17-cv-1338
)
)  **NOTICE OF DISMISSAL WITH**
)  **PREJUDICE**
)
)  Hon. William E. Duffin
)
)
)
)

THE PLAINTIFF, Luisa Aviles, by counsel, Ademi & O'Reilly LLP, hereby gives notice

pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with

prejudice and without costs to either party. No class has been certified in this case, and therefore

Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants,

McCarthy, Burgess & Wolff, Inc. and HSN, Inc., have not served an answer or motion for

summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure.

Dated: December 21, 2017

                              Respectfully submitted,

                              /s/ Mark A. Eldridge
                              Mark A. Eldridge (SBN 1089944)
                              ADEMI & O'REILLY, LLP
                              3620 East Layton Avenue
                              Cudahy, WI 53110
                              (414) 482-8000
                              (414) 482-8001 (fax)
                              meldridge@ademilaw.com